**Order entered July 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00456-CV

**RETURN LEE TO LEE PARK, ET AL., Appellants**

**V.**

**MIKE RAWLINGS, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-05460**

## ORDER

Before the Court is appellant's Unopposed Motion for Additional Two-Week Extension of Time to File Appellants' Brief.  Appellants' motion is **GRANTED**.  Appellants' brief shall be filed by August 12, 2019.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE